**STATE of Missouri, Respondent,**

v.

**Brandon S. MORSE, Appellant.**

**WD 79370**

Missouri Court of Appeals, Western District.

Filed: August 29, 2017

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Joshua D. Hawley, Attorney General, and Garrick Aplin, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Edward R. Ardini, Jr., Judges

## Order

Per Curiam

Brandon Morse appeals from his conviction for first-degree tampering. Morse contends the evidence was insufficient to support his conviction because the State failed to prove that he knowingly operated a vehicle without the consent of the vehicle's owner. For reasons explained herein, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).